IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING
2011 JUL -8 PM 1:24
TIM J. ELLIS, CLERK
BY_____
DEPUTY CLERK

In Re: )
)
HAMILTON, JASON MICHAEL )
HAMILTON, ANNA MARIE )
) Case No. 08-20330
) Chapter 7
Debtor(s). )

## TRANSMITTAL OF UNCLAIMED FUNDS

Gary A. Barney, Trustee of the above estate, hereby respectfully reports:

1. That more than ninety days have passed since final distribution under 11 U.S.C. §726 was made in this case and I have stopped payment on all checks remaining unpaid or that more than ninety days have passed since the distribution checks has been issued and a stop payment has been placed on the remaining unpaid check and reissued to the United States Bankruptcy Court in the amount of $ 1,727.34.

2. That the names of the persons to whom such negotiated checks were issued, the amount of such checks, and their last known addresses are:

| **Name** | **Address** | **Amount** |
|---|---|---|
| Questar Gas | PO Box 3194<br>Salt Lake City, UT<br>84110-3194 | $1,727.34 |

3. That the Trustee's check for $ 1,727.34 payable to the United States Bankruptcy Court is attached to this report and list.

DATED this 07th day of July 2011.

/s/ Gary A. Barney
Gary A. Barney, Trustee